# IN THE FEDERAL DISTRICT COURT OF NEBRASKA

1. This is Plaintiff Dylan A. Thomas and today is June 12th 2026. I am technically a Committed Person and a Vulnerable Adult and Patient Warehoused indefinitely at the Lincoln Regional Center. I have exhausted all remedies and approach the Court today against the Defendants. The Lincoln Regional Center who is awarded by the DHHS Legal Team

2. I, The Plaintiff, am seeking relief in the form of Monetary Damages. I am to be REIMBURSED IN FULL to the amount of $2,890.00 for Services rendered for Tech Support paid to my Producer Sunel Jimenez for production of my Podcasts. Plus $1,610.00 TOTALING $4,500.00

3. The Defendant(s) BLOCKED my Producers phone number in an illegal effort to silence my Critical Voice of reason and dissent. The Lincoln Regional Center is attempting to SHUT DOWN my Podcasts, "Dylan Thomas Live from the Laughy Bin" on Sound Cloud and, "The Dylan Thomas Podcast" on YouTube. It has been about a year Since these Corporate Criminals in The Medical Mafia began violating my First Amendment Constitutional Rights. Rights Violations hurt People. These are Styles of Violence and forms of abuse. By definition. To be clear. So there is No Confusion.

1/2

RECEIVED
JUN 22 2026
CLERK
U.S. DISTRICT COURT

4 I trust you will enforce the Law in this case. I demand the Court legally force the Defendant(s) to re-pay me every dollar spent towards my Podcasts they illegally thwarted. See Attached Itemized Financial Transaction Records for Direct Physical Evidence of the amount I am entitled to. No more. No Less. In this case. However, I Can prove another $1,600 ~~two thousand~~ dollars I spent on Tech Support to Swivel Jimenez. Come to think of it. I had to go through my sister Melissa Brown in order to get Tech Support Money to my Producer Mr. Jimenez. She Venmo'd my money to him, for Tech Support. And I can prove it. Just not at this time. I can produce Financial Records of Venmo Transactions as this case evolves. I am entitled to $4,500.00 in Tech Support REIMBURSEMENT in this Case.

5 Please construe my Complaint liberally for I am a Legal Layman and am not versed or fluent in the inclusive jargon of Legalese. And with that Thank You Very Much and Thank you for your time.

In Solidarity,
Pursuant To Social Justice.
The Correctivist,
- Dylan A. Thomas
6/12/2026

2/2

NEBRASKA

Good Life. Great Mission.

*Dylan A. Thomas*

**Department of Health and Human Services**
P.O Box 94949
Lincoln, NE 68509-4949
25-11-00

25-11-00

RECEIVED

JUN 2 2 2026

CLERK
U.S. DISTRICT COURT



quadient

FIRST-CLASS MAIL
IMI
$001.03 ⁰
06/17/2026  ZIP 68508
043M32207199

US POSTAGE

Clerk of Court
U.S. District Court
III South 18th Plaza #1152
Omaha, NE 68102

6/15/2026

